### BRINSTON v BUTTERFIELD et

Ohio Appeals, 1st Dist, Hamilton Co

Decided July 17, 1934

Alvin H. Rowe, Cincinnati, for appellant.
Louis J. Schneider, Prosecuting Attorney, Cincinnati, and Walter H. Bachrach; Cincinnati, for appellees.

For full opinion see 2 OO 135; 194 NE 612; 48 Oh Ap 564.